

**SO ORDERED.**

**SIGNED this 28 day of March, 2008.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

In Re:                                                                     Chapter 13 Proceeding
CYNTHIA WILLIAMS MIMS,
          Debtor                                           Case No. 07-01797-5-ATS

## ORDER RESOLVING MOTION FOR VALUATION

THIS CAUSE came on before the undersigned Judge of the United States Bankruptcy Court upon the motion of Vanderbilt Mortgage and Finance, Inc. for valuation of its collateral. Creditor's counsel appeared before the Court and reported the parties' agreement and stipulations as follows:

STIPULATIONS:

1. Vanderbilt Mortgage and Finance, Inc. is a creditor in the above matter whose claim is secured by a 1997 Fleetwood manufactured home bearing serial no. FLT54ABC79337ET12 as well as real property more particularly described in a Deed of Trust executed by the Debtor Cynthia Williams Mims and recorded in Book 405, Page 903, Caswell County Registry, NC. The said home is not located on the subject property.

2. Vanderbilt Mortgage and Finance, Inc.'s entire claim amount as listed in its Proof of Claim filed on  with the Bankruptcy Trustee is $58,792.03.

3. The Debtor's Chapter 13 Plan in this case proposed to value the collateral at $26,926.00.

4. The parties have agreed to resolve the issues raised by Vanderbilt Mortgage and Finance, Inc.'s Motion for Valuation on the basis set out below in this Order .

NOW THEREFORE, IT IS HEREBY ORDERED that Vanderbilt Mortgage and Finance, Inc. shall be entitled to an entire claim amount of $58,792.03. Of said amount, $31,000.00 shall be deemed a secured claim with the balance deemed unsecured. The Trustee may amend, modify, or extend the plan as necessary to satisfy this claim.

[End of Document]

Account No. 103001731