VAN–103 Order Confirming Chapter 13 Plan – Rev. 04/02/2008

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
Cynthia Williams Mims
  ( debtor has no known aliases )
2556 Solomon Lea Road
Leasburg, NC 27291

CASE NO.: 07–01797–5–ATS

DATE FILED: August 20, 2007

CHAPTER: 13

ORDER CONFIRMING CHAPTER 13 PLAN

THIS MATTER comes before the court upon the chapter 13 trustee's motion for confirmation; and

IT APPEARING to the court that notice of the motion for confirmation was served on all interested parties to this case and no objections were filed or, if filed, have been resolved by separate order; and

That all other terms of the proposed plan remain as indicated in the trustee's motion.

NOW THEREFORE, IT IS HEREBY ORDERED:

That the plan in the above referenced case as noticed by the trustee is confirmed;

The trustee is directed to make payment of commissions and expenses to the trustee and fees to the debtor's attorney, John T. Orcutt , in the amount of $3,000 as reasonable compensation, of which the sum $200 was paid prior to the filing of this case. The balance of $2,800 shall be paid in such a manner as may be authorized by the trustee. In the event the fee allowed is less than requested, the debtor's attorney may request the court to reconsider the fee allowance upon appropriate motion for reconsideration to be filed with the court within 20 days of entry of this order.

That the trustee is directed to pay administrative expenses and creditors with timely filed proofs of claim pursuant to the plan; That the trustee file with the court, within thirty days of plan completion, a verified report accounting for all monies paid into the plan by or on behalf of the debtor(s); That the debtor(s) shall not transfer any interest in real property without prior approval of the court; That this order does not prejudice the debtor(s) or trustee from objecting to claims or from bringing any applicable avoidance action.

DATED: June 17, 2008

A. Thomas Small
United States Bankruptcy Judge